| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |

KAUFMAN BORGEEST & RYAN LLP
9 Campus Drive
Parsippany, New Jersey 07054
(973) 451-9600
Attorneys for Defendants
Panther Valley Property
Owners Association and Lynne Kramer

In Re:

Sean Michael Johnson and Elizabeth Specht,
Debtors

-----------------------------------------------

Sean Michael Johnson and Elizabeth Specht,
Plaintiffs        v.
Panther Valley Property Owners Association,
Inc., et al.

Case No.:        10-26741 (CMG)

Chapter:         13

Adv. No.:        14-01024 (CMG)

Hearing Date:

Judge:           Christine M. Gravelle

## CERTIFICATION OF SERVICE

1. I, _____Deborah M. Zawadzki_____ :

   ☑ represent the _Def. PVPOA & Kramer_ in the above-captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On _September 2, 2014_, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   PVPOA Defendants' Response to Plaintiffs' Request for Admissions.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: _September 3, 2014_                    /s/ Deborah M. Zawadzki
                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jonathan Stone, Esq.<br>490 Schooley's Mountain Road – Bldg. 3A<br>Hackettstown, New Jersey 07840-4002 | Attorneys for Plaintiffs | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Keith J. Murphy, Esq.<br>Gordon & Rees LLP<br>18 Columbia Turnpike, Suite 220<br>Florham Park, NJ 07932 | Attorneys for Defendants Courter, Kobert & Cohen, P.C., John J. Abromitis, Esq., Michael B. Lavery, Esq., Richard W. Wenner, Esq., Joan Sirkis Lavery, Esq. | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |